**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| WILLIAM BATCHELOR, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>THE COCA-COLA COMPANY,<br><br>                Defendant. | Civil Action No. 7:20-cv-00594-NSR<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT** |

**TO THE COURT AND ALL PARTIES AND COUNSEL:**

PLEASE TAKE NOTICE that Defendant The Coca-Cola Company hereby moves this Court before the Honorable Nelson S. Román, United States District Judge for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601, at a time and date to be designated by the Court, for an order dismissing Plaintiff's Amended Complaint in its entirety and with prejudice.

This motion is made pursuant to Federal Rule of Civil Procedure 12(b)(6), and is based on the following grounds: (1) Plaintiff has failed to state a plausible claim for violation of New York General Business Law §§ 349 and 350 because no reasonable consumer would be deceived by the statement "Just a Tad Sweet," (2) Plaintiff has not established standing to bring his claims, and (3) Plaintiff has failed to state a claim for unjust enrichment because that claim is entirely duplicative of his General Business Law claim.

This motion is based on this Notice of Motion and Motion to Dismiss, the attached Memorandum of Law, the Amended Complaint and all other pleadings on file in this matter, and such other written and oral argument as may be presented to the Court.

Dated:  August 19, 2020

New York, New York

By:    /s/ Steven A. Zalesin
Steven A. Zalesin
sazalesin@pbwt.com
Jane Metcalf
jmetcalf@pbwt.com
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone (212) 336-2110
Facsimile (212) 336-2111

*Attorneys for The Coca-Cola Company*