| | |
|---|---|
| United States District Court<br>Southern District of New York | 7:2020-cv-00594-NSR |
| William Batchelor, individually and on behalf of all others similarly situated,<br><br>      Plaintiff, | |
| - against - | Notice of Voluntary Dismissal |
| The Coca-Cola Company,<br><br>      Defendant | |

  Plaintiff gives notice that this action is voluntarily dismissed. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 21, 2021

                 Respectfully submitted,

                 Sheehan & Associates, P.C.

                 /s/Spencer Sheehan
                 Spencer Sheehan
                 60 Cuttermill Rd Ste 409
                 Great Neck NY 11021-3104
                 Tel: (516) 268-7080
                 Fax: (516) 234-7800
                 spencer@spencersheehan.com